# United States Bankruptcy Court
## District of Minnesota

In re: **THEODORE WILLIAM BOCK / AIMEE MARIE BOCK**, Debtor(s)

Case No. _____

Chapter **7**

## STATEMENT UNDER PENALTY OF PERJURY RE: PAYMENT ADVICES DUE PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

☒ **Debtor** has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.

☐ **Debtor** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

☐ Debtor was not employed during the 60 days preceding the filing of the petition;

☐ Debtor was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed;

☐ Debtor was self-employed during the 60 days preceding the filing of the petition;

☐ Debtor received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

☐ Other (please explain):

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Debtor: /s/ THEODORE WILLIAM BOCK     Date: March 6, 2013

*************************************************************

☒ **Joint Debtor** has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.

☐ **Joint Debtor** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

☐ Joint Debtor was not employed during the 60 days preceding the filing of the petition;

☐ Joint Debtor was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed;

☐ Joint Debtor was self-employed during the 60 days preceding the filing of the petition;

☐ Joint Debtor received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

☐ Other (please explain):

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Joint Debtor: /s/ AIMEE MARIE BOCK     Date: March 6, 2013

**Aimee M Bock**

Ewald Consulting
1000 Westgate Dr Suite 252
Saint Paul, MN 55114 651-290-7476

| Company | Period Begin | Division |
|---|---|---|
| 304263701 | 2/9/2013 | |
| Number | Period End | Branch |
| 120 | 2/24/2013 | 0 |
| Social Security # | Check Number | Department |
| | -99975860 | 100 |
| Hire Date | Check Date | Team |
| 12/3/2012 | 2/28/2013 | |

## Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Salary | | 0.00 | 0.00 | 1750.00 | 7000.00 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/3) (1750.00) | 100.31 | 401.24 |
| OASDI (1750.00) | 108.50 | 434.00 |
| Medicare (1750.00) | 25.38 | 101.52 |
| MN (M/3) (1750.00) | 54.00 | 216.00 |
| Checking 1 29045XXXX | 1461.81 | 4385.43 |

| | | | Current | Year To Date | | Current | Year To Date |
|---|---|---|---|---|---|---|---|
| **Total Earnings** | | 0.00 | 1750.00 | 7000.00 | **Total Deductions** | 1750.00 | 5538.19 |
| **NET PAY** | 1461.81 | **Total Direct Deposits** | 1461.81 | | **Check Amount** | 0.00 | 1461.81 |

---REMOVE DOCUMENT ALONG THIS PERFORATION---

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

**Ewald Consulting**
1000 Westgate Dr
Suite 252
Saint Paul, MN 55114

Wells Fargo Bank N.A.
11-23
1210(8)

**Check Date** 2/28/2013   **Check Number Memo**

**Pay** No Dollars and No Cents

$************

**To the Order of:**
0   100   120   -99975860

PAY ONLY

**Aimee M Bock**
13299 Bronze Pkwy
Rosemount, MN 55068

WELLS FARGO BANK N.A.
NON NEGOTIABLE

Controller

**Aimee M Bock**

| Company | Period Begin | Division |
|---|---|---|
| 304263701 | 1/25/2013 | |
| Number | Period End | Branch |
| 120 | 2/8/2013 | 0 |
| Social Security # | Check Number | Department |
| | -99976059 | 100 |
| Hire Date | Check Date | Team |
| 12/3/2012 | 2/15/2013 | |

1000 Westgate Dr Suite 252
Saint Paul, MN 55114 651-290-7476

## Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Salary | | 0.00 | 0.00 | 1750.00 | 5250.00 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/3) (1750.00) | 100.31 | 300.93 |
| OASDI (1750.00) | 108.50 | 325.50 |
| Medicare (1750.00) | 25.38 | 76.14 |
| MN (M /3) (1750.00) | 54.00 | 162.00 |
| Checking 1 29045XXXX | 1461.81 | 2923.62 |

| | | Current | Year To Date | | Current | Year To Date |
|---|---|---|---|---|---|---|
| **Total Earnings** | | 0.00  1750.00 | 5250.00 | **Total Deductions** | 1750.00 | 3788.19 |
| **NET PAY** | 1461.81 | **Total Direct Deposits** | 1461.81 | **Check Amount** | 0.00 | 1461.81 |

――――― REMOVE DOCUMENT ALONG THIS PERFORATION ―――――

Wells Fargo Bank N.A.    11-24
                         1210(8)

**Ewald Consulting**
1000 Westgate Dr
Suite 252
Saint Paul, MN 55114

Check Date 2/15/2013    Check Number  Memo

Pay  *No Dollars and No Cents*       $ * * * * * * * * * * * *

To the Order of:
    0        100         120    -99976059       PAY ONLY

**Aimee M Bock**
13299 Bronze Pkwy         WELLS FARGO BANK N.A.
Rosemount, MN 55068       NON NEGOTIABLE

                                          Controller

# #30426370 I Ewald Consulting

## Payroll Register (B341)

| Check Date: | 01/31/2013-1 |
| --- | --- |
| Period Range: | 01/09/2013 TO 01/24/2013 |
| Week Number: | Week #5 |

**Branch:** 0 -
**Department:** 100 - Staff

| EE ID | Earning | Rate | Hours | Amount | YTD Hrs | YTD Amt | Tax | Wages | Amt | YTD Wages | YTD Amt |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Bock, Aimee M   120 | 01-Salary | 0.00 | 0.00 | 1,750.00 | 0.00 | 3,500.00 | Federal (M/3) | 1,750.00 | 100.31 | 3,500.00 | 200.62 |
| Salary   1,750.00 | | | | | | | OASDI | 1,750.00 | 108.50 | 3,500.00 | 217.00 |
| Rate   0.00 | | | | | | | Medicare | 1,750.00 | 25.38 | 3,500.00 | 50.76 |
| Freq   Semi-Monthly | | | | | | | State MN (M /3) | 1,750.00 | 54.00 | 3,500.00 | 108.00 |
| Check Date   1/31/2013 | | | | | | | | | | | |
| Check #   -99976371 | | | | | | | | | | | |
| Type   Regular | | | | | | | | | | | |
| Dir Dep   1,461.81 | | | | | | | | | | | |
| Chk Amt   0.00 | | | | | | | | | | | |
| Net   1,461.81 | | | | | | | | | | | |

| Check Totals: | | | 0.00 | 1,750.00 | 0.00 | 3,500.00 | | | 288.19 | | 576.38 |

### Totals for 100 - Staff   1 EMPLOYEES   0 Checks   Check Total 0.00   1 Dir Dep   Dir Dep Total 1,461.81

| Earning | Rate | Hours | Amount | YTD Hrs | YTD Amt | Deduction | Amount | YTD Amt | Tax | Wages | Amt | YTD Wages | YTD Amt |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 01-Salary | 0.00 | 0.00 | 1,750.00 | 0.00 | 3,500.00 | | | | Federal | 1,750.00 | 100.31 | 3,500.00 | 200.62 |
| | | | | | | | | | OASDI | 1,750.00 | 108.50 | 3,500.00 | 217.00 |
| | | | | | | | | | Medicare | 1,750.00 | 25.38 | 3,500.00 | 50.76 |
| | | | | | | | | | State MN | 1,750.00 | 54.00 | 3,500.00 | 108.00 |
| | | | | | | | | | **EE Totals:** | | **288.19** | | **576.38** |
| | | | | | | | | | ER OASDI | 1,750.00 | 108.50 | 3,500.00 | 217.00 |
| | | | | | | | | | ER MEDICARE | 1,750.00 | 25.38 | 3,500.00 | 50.76 |
| | | | | | | | | | ER FUI | 1,750.00 | 10.50 | 3,500.00 | 21.00 |
| | | | | | | | | | MN-Workforce E | 1,750.00 | 1.75 | 3,500.00 | 3.50 |
| | | | | | | | | | MN-SUI | 1,750.00 | 21.25 | 3,500.00 | 48.72 |
| | | | | | | | | | **ER Totals:** | | **167.38** | | **340.98** |

| Department Totals: | | | 1,750.00 | 0.00 | 3,500.00 | | 0.00 | 0.00 | | | 455.57 | | 917.36 |

**Wells Fargo ExpressPay - MN**
phone: 888-736-6798
fax: 866-625-9212
e-mail:

Date Printed: 03/12/2013 8:27:53 AM

Page 1

**Aimee M Bock** — **Ewald Consulting** — 1000 Westgate Dr Suite 252, Saint Paul, MN 55114 651-290-7476

| Company | Period Begin | Division |
|---|---|---|
| 304263701 | 12/25/2012 | |
| Number | Period End | Branch |
| 120 | 1/8/2013 | 0 |
| Social Security # | Check Number | Department |
| | 256262 | 100 |
| Hire Date | Check Date | Team |
| 12/3/2012 | 1/15/2013 | |

## Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Salary | | 0.00 | 0.00 | 1750.00 | 1750.00 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/3) (1750.00) | 100.31 | 100.31 |
| OASDI (1750.00) | 108.50 | 108.50 |
| Medicare (1750.00) | 25.38 | 25.38 |
| MN (M /3) (1750.00) | 54.00 | 54.00 |

| Total Earnings | | 0.00 | 1750.00 | 1750.00 | Total Deductions | 288.19 | 288.19 |
|---|---|---|---|---|---|---|---|
| **NET PAY** | 1461.81 | **Total Direct Deposits** | | 0.00 | **Check Amount** | 1461.81 | 1461.81 |

---REMOVE DOCUMENT ALONG THIS PERFORATION---

CO    FILE #           000000-000000
PCSDF5  107573

# Earnings Statement

SKY VENTURES LLC
PO BOX 638
NIXA, MO 65714

Page 001 of 001
Period Ending:   02/18/2013
Advice Date:     02/27/2013
Advice Number:   0009102226
Batch Number:    000002252013

Taxable Marital Status: M

Exemptions/Allowances:
Federal: 2
State:   2

THEODORE W. BOCK
13299 BRONZE PARKWAY
ROSEMOUNT, MN 55068

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| SALARY RGM | 14.29 | 90.00 | 1,286.54 | |
| VAC RGM | 14.29 | 10.00 | 142.95 | |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| FEDERAL INCOME TAX | 60.04 | 304.82 |
| FEDERAL MEDICARE | 17.68 | 88.40 |
| FEDERAL SOCIAL SEC | 75.62 | 378.10 |
| MINNESOTA | 36.34 | 181.70 |

Gross Pay                    $1,429.49    $7,147.41

Print coupon: Employee 20% discount valid for 2 weeks from payday at any Border Foods Brand.

| | This Period | |
|---|---|---|
| PREM E+F | 203.19 | |
| $CHILD SUPPORT1 | 175.38 | |
| DENTAL | 6.66 | |

Net Pay                          $854.58

Vacation Used: 10.00   Available: 5.40
Orig Hire Date: 11/16/2011

© 2002 Automatic Data Processing (PCSUVO)

SKY VENTURES LLC
PO BOX 638
NIXA, MO 65714

Advice Number: 0009102226
Advice Date:   02/27/2013

**Deposited to the account of**         **Account Number**   **Transit/ABA**   **Amount**
THEODORE W. BOCK                         Account 1: XXXXXXXX9227   076075933   $854.58

THIS IS NOT A CHECK
THIS IS NOT A CHECK

**NON-NEGOTIABLE**

```
CO      FILE #         000000-000000
PCSDF5  107573
```

# Earnings Statement

SKY VENTURES LLC
PO BOX 638
NIXA, MO 65714

| | |
|---|---|
| Page | 001 of 001 |
| Period Ending: | 02/18/2013 |
| Advice Date: | 02/27/2013 |
| Advice Number: | 0009102226 |
| Batch Number: | 000002252013 |

Taxable Marital Status: M

Exemptions/Allowances:
Federal: 2
State: 2

THEODORE W. BOCK
13299 BRONZE PARKWAY
ROSEMOUNT, MN 55068

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| SALARY RGM | 14.29 | 90.00 | 1,286.54 | |
| VAC RGM | 14.29 | 10.00 | 142.95 | |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| FEDERAL INCOME TAX | 60.04 | 304.82 |
| FEDERAL MEDICARE | 17.68 | 88.40 |
| FEDERAL SOCIAL SEC | 75.62 | 378.10 |
| MINNESOTA | 36.34 | 181.70 |

Gross Pay         $1,429.49       $7,147.41

| | |
|---|---|
| PREM E+F | 203.19 |
| $CHILD SUPPORT1 | 175.38 |
| DENTAL | 6.66 |

Print coupon: Employee 20% discount valid for 2 weeks
from payday at any Border Foods Brand.

Net Pay         $854.58

Vacation Used: 10.00  Available: 5.40
Orig Hire Date: 11/16/2011

© 2001 Automatic Data Processing (PCPJ/0)

---

SKY VENTURES LLC
PO BOX 638
NIXA, MO 65714

Advice Number:   0009102226
Advice Date:     02/27/2013

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| THEODORE W. BOCK | Account 1: XXXXXXXX9227 | 076075933 | $854.58 |

**NON-NEGOTIABLE**

| CO | FILE # |
|---|---|
| PCSDF5 | 107573 |

# Earnings Statement

SKY VENTURES LLC
PO BOX 638
NIXA, MO 65714

Page 001 of 001
Period Ending: 02/04/2013
Advice Date: 02/13/2013
Advice Number: 0009101046
Batch Number: 000002112013

Taxable Marital Status: M

Exemptions/Allowances:
Federal: 2
State: 2

THEODORE W. BOCK
13299 BRONZE PARKWAY
ROSEMOUNT, MN 55068

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| SALARY RGM | 14.29 | 100.00 | 1,429.48 | |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| FEDERAL INCOME TAX | 60.04 | 244.78 |
| FEDERAL MEDICARE | 17.68 | 70.72 |
| FEDERAL SOCIAL SEC | 75.62 | 302.48 |
| MINNESOTA | 36.34 | 145.36 |
| | | |
| PREM E+F | 203.19 | |
| $CHILD SUPPORT1 | 175.38 | |
| DENTAL | 6.66 | |

Gross Pay   $1,429.48   $5,717.92

Print coupon: Employee 20% discount valid for 2 weeks from payday at any Border Foods Brand.

Net Pay   $854.57

Vacation Used: 0.00   Available: 11.55
Orig Hire Date: 11/16/2011

© 2012 Automaticdata Processing (SCJ/R)

SKY VENTURES LLC
PO BOX 638
NIXA, MO 65714

Advice Number: 0009101046
Advice Date: 02/13/2013

Deposited to the account of   Account Number   Transit ABA   Amount
THEODORE W. BOCK                Account 1: XXXXXXXX9227   096075933   $854.57

THIS IS NOT A CHECK   THIS IS NOT A CHECK

**NON-NEGOTIABLE**

```
CO      FILE #          000000-000000
PCSDF5  107573
```

# Earnings Statement

SKY VENTURES LLC
PO BOX 638
NIXA, MO 65714

```
                                    Page  001 of 001
Period Ending:                      01/21/2013
Advice Date:                        01/30/2013
Advice Number:                      0009099865
Batch Number:                       000001282013
```

Taxable Marital Status: M

Exemptions/Allowances:
Federal: 2
State:   2

THEODORE W. BOCK
13299 BRONZE PARKWAY
ROSEMOUNT, MN 55068

| Earnings   | Rate  | Hours  | This Period | Year-to-Date |
|------------|-------|--------|-------------|--------------|
| SALARY RGM | 14.29 | 100.00 | 1,429.48    |              |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| FEDERAL INCOME TAX | 61.58 | 184.74 |
| FEDERAL MEDICARE | 17.68 | 53.04 |
| FEDERAL SOCIAL SEC | 75.62 | 226.86 |
| MINNESOTA | 36.34 | 109.02 |

Gross Pay                   $1,429.48    $4,288.44

| | This Period | |
|---|---|---|
| PREM E+F | 203.19 | |
| $CHILD SUPPORT1 | 175.38 | |
| DENTAL | 6.66 | |

Print coupon: Employee 20% discount valid for 2 weeks
from payday at any Border Foods Brand.

Net Pay                     $853.03

Vacation Used: 0.00   Available: 7.70
Orig Hire Date: 11/16/2011

© 2002 AutomaticData Processing (PCSUYO)

---

SKY VENTURES LLC
PO BOX 638
NIXA, MO 65714

Advice Number: 0009099865
Advice Date:   01/30/2013

**Deposited to the account of**       Account Number       Transit ABA       **Amount**
THEODORE W. BOCK                      Account 1:XXXXXXXX9227   76075933       $853.03

THIS IS NOT A CHECK  THIS IS NOT A CHECK

**NON-NEGOTIABLE**