# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:                                                                                      Case No: 13−31142 − GFK
THEODORE WILLIAM BOCK
AIMEE MARIE BOCK

Debtor(s)                                                                                   Chapter 7 Case

## ORDER ON PARTIAL CASE FILING

The petition commencing this case was filed on March 13, 2013 . However, the following documents have not been filed and /or outdated forms were used:

☐ **You have filed out−dated forms. Please file the revised forms checked below as an amended petition and amended schedules or statements.**

☐ Voluntary petition (Form 1 as revised 12/11)
☐ Exhibit D (as revised 12/09)
☐ Summary of schedules (Form 6 as revised 12/07)
☐ Statistical summary of certain liabilities (Form 6 as revised 12/07)
☐ Schedules A−J (Form 6A − 6J as revised 12/07, Form 6C and 6E as revised 04/10)
☐ Declaration concerning debtor's schedules (Form 6 as revised 12/07)
☐ Statement of financial affairs (Form 7 as revised 12/12)
☐ Ch 7 individual debtor's statement of intention (Form 8 as revised 12/1/08)
☐ Statement of compensation by attorney for debtor (Local Form 1007−1)
☐ Ch 7 statement of current monthly income and means test−calculation (Form 22A as revised 12/10)
☐ Rent deposit (if applicable)
☐ Signature declaration
☐ Certificate of credit counseling
☐ Notice to Consumer Debtor(s) under section 342(b) (Form B201)
☒ Notice of responsibilities of chapter 7 debtors and their attorneys (Local Form 1007−3−1−(7))
☐ Payment advices cover sheet
☐ Debtor's income records
Income Records Needed For 60−Day Period Immediately Preceding Filing

Details: **PLEASE REFILE A "COMPLETE" NOTICE OF RESPONSIBILITIES WITH SIGNATURE PAGE**

IT IS THEREFORE ORDERED:

1. Unless the court extends the time as provided in paragraph 2 of this order, the debtor(s) shall file the documents specified above, pursuant to Bankruptcy Rules 1007(c), 2016(b) or 3015, not later than March 27, 2013

2. If these documents are not filed on or before such date or such date as the court may fix by order extending the time for such filing, and if the court has not entered an order to extend the time for such filing on application served on the trustee and the United States Trustee, an order dismissing this case shall be entered immediately, without a hearing, without further notice, and without notice to creditors, except as provided in

    paragraph 3 of this order.

3. If this case is dismissed pursuant to paragraph 2 of this order, notice of such dismissal stating the reason for dismissal shall forthwith be served by the clerk on the debtor(s), the attorney for the debtor(s), the trustee, the United States Trustee, and all creditors listed on the matrix filed with the petition.

4. **THE ATTORNEY FOR DEBTOR OR THE DEBTOR, IF UNREPRESENTED, SHALL SERVE THE NOTICE OF MEETING OF CREDITORS ON ALL CREDITORS NOT LISTED ON THE ORIGINAL MATRIX, SHALL FILE A CERTIFICATE OF SERVICE WITH THE COURT DEMONSTRATING THAT SUCH SERVICE HAS BEEN EFFECTED AND SHALL ADD THOSE CREDITORS TO THE COURT'S MATRIX.**

5. The clerk shall provide notice of this order to the debtors(s), the attorney for the debtor(s), the trustee and the United States Trustee.

Dated: 3/15/13                      <u>Gregory F Kishel</u>
                                                     United States Bankruptcy Judge

NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT
Filed and docket entry made on March 15, 2013
Lori Vosejpka, Clerk, United States Bankruptcy Court,  By: maryd, Deputy Clerk

**mnbop7i** 10/13/2005, 06/10/2008, 4/01/2010, 10/6/10, 12/10,1/25/12