B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/11)                    Case Number **13–31142 – GFK**

# UNITED STATES BANKRUPTCY COURT
## District of Minnesota

# Notice of
# Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 3/13/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

| | |
|---|---|
| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>THEODORE WILLIAM BOCK<br>13299 BRONZE PARKWAY<br>Rosemount, MN 55068 | AIMEE MARIE BOCK<br>13299 BRONZE PARKWAY<br>Rosemount, MN 55068 |
| Case Number:<br>13–31142 – GFK | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx–xx–8459<br>xxx–xx–9945 |
| Attorney for Debtor(s) (name and address):<br>David G Keller<br>Grannis & Hauge<br>1260 Yankee Doodle Rd Ste 200<br>Eagan, MN 55121<br>Telephone number:  651–456–9000 | Bankruptcy Trustee (name and address):<br>Jacqueline D Kuiper<br>Manty & Associates PA<br>510 First Avenue North Ste 305<br>Minneapolis, MN 55403<br>Telephone number:  612–465–0909 |

## Meeting of Creditors

Date:  **April 18, 2013**                    Time:  **01:30 PM**

Location:  **U S Courthouse Rm 402, 316 N Robert St, St Paul, MN 55101**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 6/17/13**

**Certificate of Completion of Financial Management Course due: 6/17/13**

Credit Counseling and Debtor Education Information can be found at http://www.usdoj.gov/ust/eo/bapcpa/ccde/index.htm

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available for a fee through Pacer (http://pacer.psc.uscourts.gov) or at the Clerk's Office, 200 Warren E Burger Federal Bldg & U. S. Courthouse, 316 N Robert Street, St. Paul, MN 55101. You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>200 Warren E Burger Federal Building and<br>US Courthouse<br>316 N Robert St<br>St Paul, MN 55101<br>Telephone number:  651–848–1000<br>Web address: www.mnb.uscourts.gov | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Lori Vosejpka |

| Hours Open:  Monday – Friday 8:00 AM – 5:00 PM | Date:  3/14/13 |

# EXPLANATIONS

B9A (Official Form 9A) (12/11)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint — or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) — in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## Refer to Other Side for Important Deadlines and Notices

United States Bankruptcy Court
District of Minnesota

In re:                                                                    Case No. 13-31142-GFK
THEODORE WILLIAM BOCK                                                      Chapter 7
AIMEE MARIE BOCK
        Debtors

### CERTIFICATE OF NOTICE

District/off: 0864-3        User: maryd           Page 1 of 3           Date Rcvd: Mar 14, 2013
                           Form ID: b9a           Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2013.
```
db/jdb    +THEODORE WILLIAM BOCK,   AIMEE MARIE BOCK,   13299 BRONZE PARKWAY,   Rosemount, MN 55068-3699
smg       +United States Attorney,   600 US Courthouse,   300 S 4th St,   Minneapolis, MN 55415-3070
60238714  +AMERICAN ACCOUNTS & ADVISERS,   7460 80TH ST. S,   Cottage Grove MN 55016-3007
60238715  +APPLE VALLEY MEDICAL,   14655 GALAXIE AVE,   Saint Paul MN 55124-8597
60238720  +CREDITOR ADVOCATES, INC.,   14551 JUDICIAL ROAD, STE 101,   Burnsville MN 55306-5532
60238722   EMERGENCY CARE CONSULTANTS,   P O BOX 86,   LOCK BOX 12-0910,   Minneapolis MN 55486-0086
60238723   EMERGENCY PHYSICIANS, PA,   5435 FELTL RD,   Hopkins MN 55343-7983
60238724   ENTIRA FAMILY CLINICS,   8325 CITY CENTRE DRIVE,   Saint Paul MN 55125-3605
60238725   FAIRVIEW HEALTH SERVICES,   P O BOX 9372,   Minneapolis MN 55440-9372
60238726   FAIRVIEW PHARMACY SERVICES,   P O BOX 1450,   Minneapolis MN 55485-6184
60238727   HEALTHEAST,   NW 8947,   P O BOX 1450,   Minneapolis MN 55485-5755
60238729  +MESSERLI & KRAMER,   3033 CAMPUS DRIVE, STE 250,   Minneapolis MN 55441-2662
60238730   METROPOLITAN ANESTHESIA NET,   P O BOX 47159,   Minneapolis MN 55447-0159
60238731  +MIDWEST RADIOLOGY, LLC,   P O BOX 965,   Indianapolis IN 46206-0965
60238732  +MINNEAPOLIS CLINIC OF NEUROLOG,   4225 GOLDEN VALLEY ROAD,   Minneapolis MN 55422-4297
60238733   MINNESOTA GASTROENTOLOGY,   P O BOX 14829,   Minneapolis MN 55414-0829
60238734  +NEUROLOGICAL ASSOCIATES,   1650 BEAM AVE., STE 200,   Saint Paul MN 55109-4461
60238735   PETERSON, FRAM AND BERGMAN,   55 EAST FIFTH ST., STE 800,   Saint Paul MN 55101-1718
60238736  +PINNACLE FINANCIAL SERVICES,   7825 WASHINGTON AVE S.,   STE 310,   Minneapolis MN 55439-2424
60238739  +SARA PETERSON,   68165 S. GEORGE ST,   Iron River WI 54847-3431
60238740   ST. PAUL RADIOLOGY,   P O BOX 812,   Indianapolis IN 46206-0812
60238742  +SUPERIOR CONSTRUCTION SERVICES,   9702 85TH AVE. N,   Osseo MN 55369-4537
60238743   VISA,   P O BOX 660493,   Dallas TX 75266-0493
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty        E-mail/Text: kellerd@grannishauge.com Mar 14 2013 23:15:12     David G Keller,   Grannis & Hauge,
             1260 Yankee Doodle Rd Ste  200,   Eagan, MN  55121
tr        +EDI: BJDKUIPER.COM Mar 14 2013 23:08:00     Jacqueline D Kuiper,   Manty & Associates PA,
             510 First Avenue North Ste 305,   Minneapolis, MN 55403-1651
smg       +EDI: MINNDEPREV.COM Mar 14 2013 23:08:00     Minnesota Department of Revenue,
             Bankruptcy Section,   PO BOX 64447,   St Paul, MN 55164-0447
ust        E-mail/Text: ustpregion12.mn.ecf@usdoj.gov Mar 14 2013 23:16:00     US Trustee,
             1015 US Courthouse,   300 S 4th St,   Minneapolis, MN 55415-3070
60238713   E-mail/Text: rcmbankruptcynotices@allina.com Mar 14 2013 23:16:54     ALLINA,   P O BOX 9125,
             Minneapolis MN 55480-9125
60238716   EDI: CAPITALONE.COM Mar 14 2013 23:08:00     CAPITAL ONE,   P O BOX 71083,
             Charlotte NC 28272-1083
60238717   EDI: CAPITALONE.COM Mar 14 2013 23:08:00     CAPITAL ONE,   P O BOX 60599,
             City of Industry CA 91716-0599
60238718   E-mail/Text: bankruptcies@CHILDRENSMN.ORG Mar 14 2013 23:16:04     CHILDREN'S HOSPITAL,
             P O BOX 86,   SDS 12 2279,   Minneapolis MN 55486-2279
60238719   EDI: CITICORP.COM Mar 14 2013 23:08:00     CITI CARDS,   PROCESSING CENTER,
             Des Moines IA 50363-0001
60238721   EDI: DISCOVER.COM Mar 14 2013 23:08:00     DISCOVER,   P O BOX 6103,   Carol Stream IL 60197-6103
60238728  +E-mail/Text: cbankruptcy@hiway.org Mar 14 2013 23:15:37     HIWAY CREDIT UNION,
             111 EMPIRE DRIVE,   Saint Paul MN 55103-1899
60238737   EDI: PRA.COM Mar 14 2013 23:08:00     PORTFOLIO RECOVERY ASSOC,   P O BOX 12914,
             Norfolk VA 23541
60238738  +EDI: SALMAESERVICING.COM Mar 14 2013 23:08:00     SALLIE MAE,   P O BOX 9532,
             Wilkes Barre PA 18773-9532
60238741   E-mail/Text: bankruptcy@subrad.com Mar 14 2013 23:16:08     SUBURBAN RADIOLOGIC CONSULTANT,
             4801 W 81ST ST. STE 108,   Minneapolis MN 55437-1191
60238744  +EDI: WFFC.COM Mar 14 2013 23:08:00     WELLS FARGO,   P O BOX 5185,   Sioux Falls SD 57117-5185
60238745   EDI: WFFC.COM Mar 14 2013 23:08:00     WELLS FARGO MORTGAGE,   P O BOX 6429,
             Carol Stream IL 60197-6429
                                                                                            TOTAL: 16
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*      +US Trustee,   1015 US Courthouse,   300 S 4th St,   Minneapolis, MN 55415-3070
                                                                            TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0864-3        User: maryd             Page 2 of 3             Date Rcvd: Mar 14, 2013
                           Form ID: b9a            Total Noticed: 39
```

```
          ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 16, 2013**                    **Signature:**

District/off: 0864-3          User: maryd              Page 3 of 3             Date Rcvd: Mar 14, 2013
                             Form ID: b9a              Total Noticed: 39

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 14, 2013 at the address(es) listed below:
          David G Keller    on behalf of Joint Debtor AIMEE MARIE BOCK kellerd@grannishauge.com
          David G Keller    on behalf of Debtor THEODORE WILLIAM BOCK kellerd@grannishauge.com
          Jacqueline D Kuiper    kuiperecf@mantylaw.com,  MN25@ecfcbis.com
          US Trustee    ustpregion12.mn.ecf@usdoj.gov
                                                                              TOTAL: 4