12-087295

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In Re:                                          Chapter 7
                                                Case: 13-31142-GFK

Theodore William Block and Aimee Marie
Block

            Debtor(s)

_____

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Pursuant to Bankruptcy Rules 9010(b) and 2002(I) and Local Rule 2002-5, the undersigned

hereby notes his/her appearance as attorney for Wells Fargo Bank, N.A., a creditor in the above case,

and requests all parties in interest to serve copies of notices and all papers (including pleadings,

motions, applications, orders, financial and other reports) served or filed in this case upon the

undersigned at the office address and telephone number set forth below.

SHAPIRO & ZIELKE, LLP
12550 West Frontage Road, Ste. 200
Burnsville, MN 55337
(952) 831-4060

Dated: May 20, 2013.

RESPECTFULLY SUBMITTED,

SHAPIRO & ZIELKE, LLP

/e/  Lawrence P. Zielke_____
Thomas J. Hainje - 390325
Lawrence P. Zielke - 152559
12550 West Frontage Road, Ste. 200
Burnsville, MN 55337
(952) 831-4060