UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

-------------------------------------------------------------------------------------

In Re:                                   Chapter 7
                                         Bky. Case No. 13-31142-GFK

Theodore William Bock and Aimee Marie
Bock
                                      **NOTICE OF WITHDRAWAL**

              Debtors,

-------------------------------------------------------------------------------------

TO:    THE CLERK OF COURT AND ALL OTHER PARTIES IN INTEREST SPECIFIED IN LOCAL RULE 9013-3. **PLEASE TAKE NOTICE that** Wells Fargo Bank, N.A, as the authorized servicer by its undersigned attorney, hereby withdraws its Notice of Appearance and Request for Service of Papers filed May 20, 2013.

Dated: May 23, 2013.

                                        Shapiro & Zielke, LLP
                                        Attorneys for Movant

                                        By: /e/ LAWRENCE P. ZIELKE
                                          LAWRENCE P. ZIELKE (152559)
                                          12550 West Frontage Rd., Suite 200
                                          Burnsville, MN 55337
                                          Telephone (952) 831-4060