12-087295

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In Re: | Chapter 7 |
| | Case: 13-31142-GFK |
| Theodore William Bock and Aimee Marie Bock | |
| Debtor(s) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Pursuant to Bankruptcy Rules 9010(b) and 2002(I) and Local Rule 2002-5, the undersigned hereby notes his/her appearance as attorney for Wells Fargo Bank, N.A., a creditor in the above case, and requests all parties in interest to serve copies of notices and all papers (including pleadings, motions, applications, orders, financial and other reports) served or filed in this case upon the undersigned at the office address and telephone number set forth below.

> SHAPIRO & ZIELKE, LLP
> 12550 West Frontage Road, Ste. 200
> Burnsville, MN 55337
> (952) 831-4060

Dated: May 24, 2013.

> RESPECTFULLY SUBMITTED,
>
> SHAPIRO & ZIELKE, LLP
>
> /e/ Lawrence P. Zielke
> Thomas J. Hainje - 390325
> Lawrence P. Zielke - 152559
> 12550 West Frontage Road, Ste. 200
> Burnsville, MN 55337
> (952) 831-4060