# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

                                      Case No: 13–31142 – GFK

THEODORE WILLIAM BOCK
AIMEE MARIE BOCK

Debtor(s)                                           Chapter 7 Case

## NOTICE TO DEBTOR(S) RE: FINANCIAL MANAGEMENT CERTIFICATION

The debtor(s) has not filed a Certificate of Debtor Education from the course provider required by Interim Bankruptcy Rule 1007(c).

This case will be closed without discharge unless the debtor(s) files the Certificate on or before 6/17/13.

Dated: 6/3/13                                 Lori Vosejpka
                                                 Clerk, United States Bankruptcy Court

                                 By: maryd
                                 Deputy Clerk

**mnbn7fmz** 3/2011 LM