**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

THEODORE WILLIAM BOCK
AIMEE MARIE BOCK

Case No: 13–31142 – GFK

Debtor(s)

Chapter 7 Case

**NOTICE TO DEBTOR(S) RE: FINANCIAL MANAGEMENT CERTIFICATION**

The debtor(s) has not filed a Certificate of Debtor Education from the course provider required by Interim Bankruptcy Rule 1007(c).

This case will be closed without discharge unless the debtor(s) files the Certificate on or before 6/17/13.

Dated: 6/3/13

Lori Vosejpka
Clerk, United States Bankruptcy Court

By: maryd
Deputy Clerk

**mnbn7fmz** 3/2011 LM

```
                            United States Bankruptcy Court
                                 District of Minnesota
In re:                                                        Case No. 13-31142-GFK
THEODORE WILLIAM BOCK                                         Chapter 7
AIMEE MARIE BOCK
         Debtors             CERTIFICATE OF NOTICE
District/off: 0864-3          User: maryd                 Page 1 of 2                  Date Rcvd: Jun 03, 2013
                              Form ID: mnbn7fmz           Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 05, 2013.
db/jdb        +THEODORE WILLIAM BOCK,    AIMEE MARIE BOCK,    13299 BRONZE PARKWAY,    Rosemount, MN 55068-3699

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 05, 2013**                **Signature:**  _Joseph Speetjens_

```
District/off: 0864-3          User: maryd              Page 2 of 2              Date Rcvd: Jun 03, 2013
                              Form ID: mnbn7fmz        Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2013 at the address(es) listed below:

```
          David G Keller    on behalf of Joint Debtor AIMEE MARIE BOCK kellerd@grannishauge.com
          David G Keller    on behalf of Debtor THEODORE WILLIAM BOCK kellerd@grannishauge.com
          Jacqueline D Kuiper    kuiperecf@mantylaw.com, MN25@ecfcbis.com;nancy@mantylaw.com
          Lawrence P Zielke    on behalf of Interested Party    WELLS FARGO BANK, N.A. lwirth@logs.com,
           stucker@logs.com
          US Trustee    ustpregion12.mn.ecf@usdoj.gov
                                                                                             TOTAL: 5
```