**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

THEODORE WILLIAM BOCK
AIMEE MARIE BOCK

Case No: 13–31142 – GFK

Debtor(s)

Chapter 7 Case

# NOTICE CLOSING CASE WITHOUT DISCHARGE

Notice is given that this case has been closed without discharge.

***Debtor THEODORE WILLIAM BOCK:*** Discharge Withheld for Failure to Submit Cert of Instructional Course for Personal Financial Mgmt

***Joint Debtor AIMEE MARIE BOCK:*** Discharge Withheld for Failure to Submit Cert of Instructional Course for Personal Financial Mgmt

Dated: 6/19/13

Lori Vosejpka
Clerk, United States Bankruptcy Court

By: maryd
Deputy Clerk

**mnbocwod** 10/03/05 3/20/12