Certificate Number: 14751-MN-DE-021142135

Bankruptcy Case Number: 13-31142



14751-MN-DE-021142135

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 6, 2013, at 9:20 o'clock PM PDT, Aimee M Bock completed a course on personal financial management given by internet by $0$ BK Class Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Minnesota.

Date:   June 6, 2013           By:     /s/AMEY AIONO

                               Name:   AMEY AIONO

                               Title:  Certified Credit Counselor

Certificate Number: 14751-MN-DE-021142137

Bankruptcy Case Number: 13-31142



14751-MN-DE-021142137

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 6, 2013, at 9:20 o'clock PM PDT, Theodore W Bock completed a course on personal financial management given by internet by $0$ BK Class Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Minnesota.

Date:   June 6, 2013                By:    /s/AMEY AIONO

                                    Name:  AMEY AIONO

                                    Title: Certified Credit Counselor