**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

THEODORE WILLIAM BOCK
AIMEE MARIE BOCK

Case No: 13–31142 – GFK

Debtor(s)

Chapter 7 Case

## NOTICE CLOSING CASE WITHOUT DISCHARGE

Notice is given that this case has been closed without discharge.

***Debtor THEODORE WILLIAM BOCK:*** Discharge Withheld for Failure to Submit Cert of Instructional Course for Personal Financial Mgmt

***Joint Debtor AIMEE MARIE BOCK:*** Discharge Withheld for Failure to Submit Cert of Instructional Course for Personal Financial Mgmt

Dated: 6/19/13

Lori Vosejpka
Clerk, United States Bankruptcy Court

By: maryd
Deputy Clerk

**mnbocwod** 10/03/05 3/20/12

```
                          United States Bankruptcy Court
                               District of Minnesota

In re:                                                          Case No. 13-31142-GFK
THEODORE WILLIAM BOCK                                           Chapter 7
AIMEE MARIE BOCK
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0864-3          User: maryd                  Page 1 of 3             Date Rcvd: Jun 19, 2013
                              Form ID: mnbocwod            Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2013.
db/jdb       +THEODORE WILLIAM BOCK,    AIMEE MARIE BOCK,   13299 BRONZE PARKWAY,   Rosemount, MN 55068-3699
aty          +David G Keller,    Grannis & Hauge,   1260 Yankee Doodle Rd Ste 200,   Eagan, MN 55121-2250
aty          +Lawrence P Zielke,    Shapiro, Nordmeyer & Zielke, LLP,   12550 West Frontage Road,   Suite 200,
               Burnsville, MN 55337-2475
60238714     +AMERICAN ACCOUNTS & ADVISERS,    7460 80TH ST. S,   Cottage Grove MN 55016-3007
60238715     +APPLE VALLEY MEDICAL,    14655 GALAXIE AVE,   Saint Paul MN 55124-8597
60238716      CAPITAL ONE,    P O BOX 71083,   Charlotte NC 28272-1083
60238717      CAPITAL ONE,    P O BOX 60599,   City of Industry CA 91716-0599
60238719      CITI CARDS,    PROCESSING CENTER,   Des Moines IA 50363-0001
60238720     +CREDITOR ADVOCATES, INC.,    14551 JUDICIAL ROAD, STE 101,   Burnsville MN 55306-5532
60238722      EMERGENCY CARE CONSULTANTS,    P O BOX 86,   LOCK BOX 12-0910,   Minneapolis MN 55486-0086
60238723      EMERGENCY PHYSICIANS, PA,    5435 FELTL RD,   Hopkins MN 55343-7983
60238724      ENTIRA FAMILY CLINICS,    8325 CITY CENTRE DRIVE,   Saint Paul MN 55125-3605
60238725      FAIRVIEW HEALTH SERVICES,    P O BOX 9372,   Minneapolis MN 55440-9372
60238726      FAIRVIEW PHARMACY SERVICES,    P O BOX 1450,   Minneapolis MN 55485-6184
60238727      HEALTHEAST,    NW 8947,   P O BOX 1450,   Minneapolis MN 55485-5755
60238729     +MESSERLI & KRAMER,    3033 CAMPUS DRIVE, STE 250,   Minneapolis MN 55441-2662
60238730      METROPOLITAN ANESTHESIA NET,    P O BOX 47159,   Minneapolis MN 55447-0159
60238731     +MIDWEST RADIOLOGY, LLC,    P O BOX 965,   Indianapolis IN 46206-0965
60238732     +MINNEAPOLIS CLINIC OF NEUROLOG,    4225 GOLDEN VALLEY ROAD,   Minneapolis MN 55422-4297
60238733      MINNESOTA GASTROENTOLOGY,    P O BOX 14829,   Minneapolis MN 55414-0829
60238734     +NEUROLOGICAL ASSOCIATES,    1650 BEAM AVE., STE 200,   Saint Paul MN 55109-4461
60238735      PETERSON, FRAM AND BERGMAN,    55 EAST FIFTH ST., STE 800,   Saint Paul MN 55101-1718
60238736     +PINNACLE FINANCIAL SERVICES,    7825 WASHINGTON AVE S.,   STE 310,   Minneapolis MN 55439-2424
60238737     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: PORTFOLIO RECOVERY ASSOC,    P O BOX 12914,   Norfolk VA 23541)
60238739     +SARA PETERSON,    68165 S. GEORGE ST,   Iron River WI 54847-3431
60238740      ST. PAUL RADIOLOGY,    P O BOX 812,   Indianapolis IN 46206-0812
60238742     +SUPERIOR CONSTRUCTION SERVICES,    9702 85TH AVE. N,   Osseo MN 55369-4537
60238743      VISA,   P O BOX 660493,   Dallas TX 75266-0493
60238744     +WELLS FARGO,   P O BOX 5185,   Sioux Falls SD 57117-5185
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +E-mail/Text: jacqueline@mantylaw.com Jun 19 2013 21:42:59     Jacqueline D Kuiper,
               Manty & Associates PA,    510 First Avenue North Ste 305,   Minneapolis, MN 55403-1651
ust          +E-mail/Text: ustpregion12.mn.ecf@usdoj.gov Jun 19 2013 21:42:41      US Trustee,
               1015 US Courthouse,    300 S 4th St,   Minneapolis, MN 55415-3070
60238713      E-mail/Text: rcmbankruptcynotices@allina.com Jun 19 2013 21:43:28     ALLINA,   P O BOX 9125,
               Minneapolis MN 55480-9125
60238718      E-mail/Text: bankruptcies@CHILDRENSMN.ORG Jun 19 2013 21:42:52     CHILDREN'S HOSPITAL,
               P O BOX 86,   SDS 12 2279,   Minneapolis MN 55486-2279
60238721      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 19 2013 21:52:21     DISCOVER,   P O BOX 6103,
               Carol Stream IL 60197-6103
60238728     +E-mail/Text: cbankruptcy@hiway.org Jun 19 2013 21:41:46     HIWAY CREDIT UNION,
               111 EMPIRE DRIVE,   Saint Paul MN 55103-1899
60238738     +E-mail/PDF: pa_dc_claims@salliemae.com Jun 19 2013 21:44:20     SALLIE MAE,   P O BOX 9532,
               Wilkes Barre PA 18773-9532
60238741      E-mail/Text: bankruptcy@subrad.com Jun 19 2013 21:43:01     SUBURBAN RADIOLOGIC CONSULTANT,
               4801 W 81ST ST. STE 108,   Minneapolis MN 55437-1191
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp         WELLS FARGO BANK, N.A.
60238745     ##WELLS FARGO MORTGAGE,    P O BOX 6429,   Carol Stream IL 60197-6429
                                                                                  TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0864-3          User: maryd              Page 2 of 3              Date Rcvd: Jun 19, 2013
                              Form ID: mnbocwod        Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 21, 2013**              **Signature:**    _/s/ Joseph Speetjens_

```
District/off: 0864-3           User: maryd              Page 3 of 3             Date Rcvd: Jun 19, 2013
                               Form ID: mnbocwod        Total Noticed: 37
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2013 at the address(es) listed below:

              David G Keller    on behalf of Joint Debtor AIMEE MARIE BOCK kellerd@grannishauge.com
              David G Keller    on behalf of Debtor THEODORE WILLIAM BOCK kellerd@grannishauge.com
              Jacqueline D Kuiper    kuiperecf@mantylaw.com, MN25@ecfcbis.com;nancy@mantylaw.com
              Lawrence P Zielke    on behalf of Interested Party   WELLS FARGO BANK, N.A. lwirth@logs.com,
               stucker@logs.com
              US Trustee    ustpregion12.mn.ecf@usdoj.gov
                                                                                             TOTAL: 5