# UNITED STATES BANKRUPTCY COURT

DISTRICT OF MINNESOTA

In Re: THEODORE WILLIAM BOCK             Case No. 13-31142-GFK
AIMEE MARIE BOCK

Chapter 7

## APPLICATION TO REOPEN CASE

This case was closed without discharge due to the Debtors' failure to file Debtors' Certification of Completion of Instruction Course Concerning Personal Financial Management. The deadline for filing was June 6, 2013 pursuant to the Notice filed June 3, 2013.

Unfortunately, Debtors did not realize that the provider did not email the certificates to their attorney. Certificates were obtained dated Jund 6, 2013 and are attached hereto.

Debtors respectfully request that this case be reopened and that they be allowed to file the attached certificates. Further, that this Court then issue and Notice of Discharge discharging the debtors of the debts listed in their bankruptcy petition.

/e/David G. Keller
GRANNIS & HAUGE, P.A.
1260 Yankee Doodle Rd. #200
Eagan, MN 55121
651 456-9000

Certificate Number: 14751-MN-DE-021142135

Bankruptcy Case Number: 13-31142



14751-MN-DE-021142135

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 6, 2013, at 9:20 o'clock PM PDT, Aimee M Bock completed a course on personal financial management given by internet by $0$ BK Class Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Minnesota.

Date:   June 6, 2013                By:   /s/AMEY AIONO

                                    Name: AMEY AIONO

                                    Title: Certified Credit Counselor

Certificate Number: 14751-MN-DE-021142137

Bankruptcy Case Number: 13-31142


14751-MN-DE-021142137

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 6, 2013, at 9:20 o'clock PM PDT, Theodore W Bock completed a course on personal financial management given by internet by $0$ BK Class Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Minnesota.

Date:   June 6, 2013                By:    /s/AMEY AIONO

                                    Name:  AMEY AIONO

                                    Title: Certified Credit Counselor