# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

**THEODORE WILLIAM BOCK**                              Case No. BKY 13-31142

**AIMEE MARIE BOCK**

Debtor(s)                                              Chapter 7 Case

## ORDER TO REOPEN CASE

An application or motion to reopen this case has been filed and appears to show cause for such reopening under Fed.R.Bankr.P. 5010 and 11 U.S.C. § 350(b).

IT IS THEREFORE ORDERED:

1. This case is reopened.
2. The United States Trustee may serve as trustee if authorized, or shall appoint a trustee if appropriate.
3. The clerk shall mail a copy of this order to the applicant, and two copies of this order and the application to the United States Trustee.
4. If the Applicant or movant is the former trustee, payment of the filing fee is deferred.

Dated: August 15, 2013

*/e/ Gregory F. Kishel*

United States Bankruptcy Judge

| NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT |
| --- |
| Filed and docket entry made on 8/15/2013 |
| Lori Vosejpka, Clerk, by lje |

Rev051198;0105;061907.