# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

**THEODORE WILLIAM BOCK**                                  Case No. BKY 13-31142

**AIMEE MARIE BOCK**

Debtor(s)                                                   Chapter 7 Case

## ORDER TO REOPEN CASE

An application or motion to reopen this case has been filed and appears to show cause for such reopening under Fed.R.Bankr.P. 5010 and 11 U.S.C. § 350(b).

IT IS THEREFORE ORDERED:

1. This case is reopened.
2. The United States Trustee may serve as trustee if authorized, or shall appoint a trustee if appropriate.
3. The clerk shall mail a copy of this order to the applicant, and two copies of this order and the application to the United States Trustee.
4. If the Applicant or movant is the former trustee, payment of the filing fee is deferred.

Dated: August 15, 2013

*/e/ Gregory F. Kishel*
United States Bankruptcy Judge

| NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT |
|---|
| Filed and docket entry made on  8/15/2013 |
| Lori Vosejpka, Clerk, by   lje |

Rev051198;0105;061907.

United States Bankruptcy Court
District of Minnesota

In re:  
THEODORE WILLIAM BOCK  
AIMEE MARIE BOCK  
    Debtors

Case No. 13-31142-GFK  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0864-3      User: qclinda      Page 1 of 2      Date Rcvd: Aug 15, 2013  
                         Form ID: pdf111      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2013.  
db/jdb       +THEODORE WILLIAM BOCK,   AIMEE MARIE BOCK,   13299 BRONZE PARKWAY,   Rosemount, MN 55068-3699

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
intp        WELLS FARGO BANK, N.A.  
                                                                                                TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 17, 2013**                  **Signature:** *Joseph Speetjens*

```
District/off: 0864-3           User: qclinda              Page 2 of 2                  Date Rcvd: Aug 15, 2013
                               Form ID: pdf111            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2013 at the address(es) listed below:

        David G Keller    on behalf of Joint Debtor AIMEE MARIE BOCK kellerd@grannishauge.com
        David G Keller    on behalf of Debtor THEODORE WILLIAM BOCK kellerd@grannishauge.com
        Jacqueline D Kuiper    kuiperecf@mantylaw.com, MN25@ecfcbis.com;nancy@mantylaw.com
        Lawrence P Zielke    on behalf of Interested Party    WELLS FARGO BANK, N.A. lwirth@logs.com, stucker@logs.com
        US Trustee    ustpregion12.mn.ecf@usdoj.gov

    TOTAL: 5