**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

THEODORE WILLIAM BOCK
13299 BRONZE PARKWAY
Rosemount, MN 55068

Case No: 13−31142 − GFK

Social security/Taxpayer ID/Employer ID/Other Nos.: xxx−xx−8459

AIMEE MARIE BOCK
13299 BRONZE PARKWAY
Rosemount, MN 55068

Social security/Taxpayer ID/Employer ID/Other Nos.: xxx−xx−9945

Debtor(s)                                                                                                 Chapter 7 Case

**DISCHARGE OF DEBTOR(S)**

It appears that the debtor(s) are entitled to a discharge,

**IT IS ORDERED:**

The debtors in the above case are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

Dated: 8/19/13

Gregory F Kishel
United States Bankruptcy Judge

NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT
Filed and docket entry made on August 19, 2013
Lori Vosejpka Clerk, United States Bankruptcy Court
By: qclinda Deputy Clerk

**mnbdsc7** 06/03/2013 − pb

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the persons named as the debtors. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtors a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtors. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtors' property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

    Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

    a. Debts for most taxes;

    b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

    c. Debts that are in the nature of alimony, maintenance, or support;

    d. Debts for most student loans;

    e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

    f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

    g. Some debts which were not properly listed by the debtor;

    h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

    i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

    j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                              District of Minnesota

In re:                                                          Case No. 13-31142-GFK
THEODORE WILLIAM BOCK                                           Chapter 7
AIMEE MARIE BOCK
         Debtors                 CERTIFICATE OF NOTICE
District/off: 0864-3          User: qclinda                Page 1 of 3                   Date Rcvd: Aug 19, 2013
                              Form ID: mnbdsc7             Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2013.
db/jdb        +THEODORE WILLIAM BOCK,    AIMEE MARIE BOCK,    13299 BRONZE PARKWAY,    Rosemount, MN 55068-3699
smg           +United States Attorney,    600 US Courthouse,    300 S 4th St,    Minneapolis, MN 55415-3070
60238714      +AMERICAN ACCOUNTS & ADVISERS,    7460 80TH ST. S,    Cottage Grove MN 55016-3007
60238715      +APPLE VALLEY MEDICAL,    14655 GALAXIE AVE,    Saint Paul MN 55124-8597
60238720      +CREDITOR ADVOCATES, INC.,    14551 JUDICIAL ROAD, STE 101,    Burnsville MN 55306-5532
60238722       EMERGENCY CARE CONSULTANTS,    P O BOX 86,    LOCK BOX 12-0910,    Minneapolis MN 55486-0086
60238723       EMERGENCY PHYSICIANS, PA,    5435 FELTL RD,    Hopkins MN 55343-7983
60238724       ENTIRA FAMILY CLINICS,    8325 CITY CENTRE DRIVE,    Saint Paul MN 55125-3605
60238725       FAIRVIEW HEALTH SERVICES,    P O BOX 9372,    Minneapolis MN 55440-9372
60238726       FAIRVIEW PHARMACY SERVICES,    P O BOX 1450,    Minneapolis MN 55485-6184
60238727       HEALTHEAST,    NW 8947,    P O BOX 1450,    Minneapolis MN 55485-5755
60238728      +HIWAY CREDIT UNION,    111 EMPIRE DRIVE,    Saint Paul MN 55103-1899
60238729      +MESSERLI & KRAMER,    3033 CAMPUS DRIVE, STE 250,    Minneapolis MN 55441-2662
60238730       METROPOLITAN ANESTHESIA NET,    P O BOX 47159,    Minneapolis MN 55447-0159
60238731      +MIDWEST RADIOLOGY, LLC,    P O BOX 965,    Indianapolis IN 46206-0965
60238732      +MINNEAPOLIS CLINIC OF NEUROLOG,    4225 GOLDEN VALLEY ROAD,    Minneapolis MN 55422-4297
60238733       MINNESOTA GASTROENTOLOGY,    P O BOX 14829,    Minneapolis MN 55414-0829
60238734      +NEUROLOGICAL ASSOCIATES,    1650 BEAM AVE., STE 200,    Saint Paul MN 55109-4461
60238735       PETERSON, FRAM AND BERGMAN,    55 EAST FIFTH ST., STE 800,    Saint Paul MN 55101-1718
60238736      +PINNACLE FINANCIAL SERVICES,    7825 WASHINGTON AVE S.,    STE 310,    Minneapolis MN 55439-2424
60238739      +SARA PETERSON,    68165 S. GEORGE ST,    Iron River WI 54847-3431
60238740       ST. PAUL RADIOLOGY,    P O BOX 812,    Indianapolis IN 46206-0812
60238742      +SUPERIOR CONSTRUCTION SERVICES,    9702 85TH AVE. N,    Osseo MN 55369-4537
60238743       VISA,    P O BOX 660493,    Dallas TX 75266-0493

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +EDI: MINNDEPREV.COM Aug 19 2013 21:48:00      Minnesota Department of Revenue,
                Bankruptcy Section,    PO BOX 64447,    St Paul, MN 55164-0447
smg           +E-mail/Text: ustpregion12.mn.ecf@usdoj.gov Aug 19 2013 21:51:22       US Trustee,
                1015 US Courthouse,    300 S 4th St,    Minneapolis, MN 55415-3070
60238713       E-mail/Text: rcmbankruptcynotices@allina.com Aug 19 2013 21:52:28       ALLINA,    P O BOX 9125,
                Minneapolis MN 55480-9125
60238716       EDI: CAPITALONE.COM Aug 19 2013 21:48:00      CAPITAL ONE,    P O BOX 71083,
                Charlotte NC 28272-1083
60238717       EDI: CAPITALONE.COM Aug 19 2013 21:48:00      CAPITAL ONE,    P O BOX 60599,
                City of Industry CA 91716-0599
60238718       E-mail/Text: bankruptcies@CHILDRENSMN.ORG Aug 19 2013 21:52:08       CHILDREN'S HOSPITAL,
                P O BOX 86,    SDS 12 2279,    Minneapolis MN 55486-2279
60238719       EDI: CITICORP.COM Aug 19 2013 21:48:00      CITI CARDS,    PROCESSING CENTER,
                Des Moines IA 50363-0001
60238721       EDI: DISCOVER.COM Aug 19 2013 21:48:00      DISCOVER,    P O BOX 6103,    Carol Stream IL 60197-6103
60238737       EDI: PRA.COM Aug 19 2013 21:48:00      PORTFOLIO RECOVERY ASSOC,    P O BOX 12914,
                Norfolk VA 23541
60238738      +EDI: SALMAESERVICING.COM Aug 19 2013 21:48:00      SALLIE MAE,    P O BOX 9532,
                Wilkes Barre PA 18773-9532
60238741       E-mail/Text: bankruptcy@subrad.com Aug 19 2013 21:52:12       SUBURBAN RADIOLOGIC CONSULTANT,
                4801 W 81ST ST. STE 108,    Minneapolis MN 55437-1191
60238744      +EDI: WFFC.COM Aug 19 2013 21:48:00      WELLS FARGO,    P O BOX 5185,    Sioux Falls SD 57117-5185
60238745       EDI: WFFC.COM Aug 19 2013 21:48:00      WELLS FARGO MORTGAGE,    P O BOX 6429,
                Carol Stream IL 60197-6429
                                                                                               TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp           WELLS FARGO BANK, N.A.
                                                                                                TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0864-3          User: qclinda              Page 2 of 3            Date Rcvd: Aug 19, 2013
                              Form ID: mnbdsc7           Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 21, 2013**                    **Signature:**    /s/ Joseph Speetjens

```
District/off: 0864-3          User: qclinda              Page 3 of 3            Date Rcvd: Aug 19, 2013
                              Form ID: mnbdsc7           Total Noticed: 37
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2013 at the address(es) listed below:
```
          David G Keller    on behalf of Joint Debtor AIMEE MARIE BOCK kellerd@grannishauge.com
          David G Keller    on behalf of Debtor THEODORE WILLIAM BOCK kellerd@grannishauge.com
          Jacqueline D Kuiper    kuiperecf@mantylaw.com, MN25@ecfcbis.com;nancy@mantylaw.com
          Lawrence P Zielke    on behalf of Interested Party   WELLS FARGO BANK, N.A. lwirth@logs.com,
           stucker@logs.com
          US Trustee    ustpregion12.mn.ecf@usdoj.gov
                                                                                             TOTAL: 5
```